252 So.2d 436

**STATE of Louisiana ex rel. Shelby MAGEE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51705.**

Sept. 21, 1971.

In re: Shelby Magee applying for writ of habeas corpus.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.